### 3951.   DIXON v. CITY OF WAYNESBORO.

HILL, C. J.   This being a certiorari sued out to review the judgment of a municipal court, and there being in the petition no averment that the bond required by the act approved December 10, 1902 (Acts 1902, p. 105), had been given, or the pauper affidavit filed, and it nowhere appearing in the record that the bond or the pauper affidavit had been filed, there was no error in dismissing the certiorari.   *McDonald* v. *Ludowici*, 3 *Ga. App.* 654; *Allen* v. *Atlanta*, 7 *Ga. App.* 99; *Veazey* v. *Crawfordville*, 126 *Ga.* 89.                           . *Judgment affirmed.*

DECIDED MARCH 19, 1912.

Certiorari; from Burke superior court—Judge H. C. Hammond. October 6, 1911.

*C. B. Garlick,* for plaintiff in error.

*E. L. Brinson,* contra.

---

### 3954.   ADAMS v. THE STATE.

POTTLE, J.   1. No contract "clear and definite in its terms" having been shown, the evidence was not sufficient to authorize a conviction of cheating and swindling, under the act approved August 15, 1903 (Acts 1903, p. 90).   *Saunders* v. *State*, 7 *Ga. App.* 46 (65 S. E. 1071).

2. Even if the evidence was sufficient in other respects, the contract was too indefinite as to the character of the work to be performed.

*Judgment reversed.*

DECIDED MARCH 19, 1912.

Accusation of cheating and swindling; from city court of Sparta —Judge Moore,   December 21, 1911.

*T. M. Hunt,* for plaintiff in error.

*R. L. Merritt, solicitor, T. F. Fleming,* contra.